IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff, ) | JUDGE GWIN |
| ) | |
| v. ) | CASE NO. 1:18 CR 278 |
| ) | Title 18, Sections |
| AARON NICKERSON, ) | 924(c)(1)(A)(ii), 2113(a) and (d), |
| ) | and 2, United States Code |
| Defendant. ) | |

## COUNT 1

(Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d) and 2)

The Grand Jury charges:

1. On or about January 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON NICKERSON did aid and abet another who by force and violence, or intimidation, did take from the person or presence of bank tellers and other employees at the U.S. Bank, 4601 Richmond Road, Warrensville Heights, Ohio, approximately $7,344.70 in monies belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did put in jeopardy the lives of bank employees and others by the use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

COUNT 2
(Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d) and 2)

The Grand Jury further charges:

2.  On or about February 6, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON NICKERSON did aid and abet another who by force and violence, or intimidation, did take from the person or presence of bank tellers and other employees at the Ohio Savings Bank, 720 Richmond Road, Richmond Heights, Ohio, approximately $10,948.00 in monies belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did put in jeopardy the lives of bank employees and others by the use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

COUNT 3
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

The Grand Jury further charges:

3.  On or about February 6, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON NICKERSON did aid and abet another who did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Armed Bank Robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as charged in Count 2 of this Indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

COUNT 4
(Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d) and 2)

The Grand Jury further charges:

4. On or about February 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON NICKERSON did aid and abet another who by force and violence, or intimidation, did take from the person or presence of bank tellers and other employees at the U.S. Bank, 1813 Forest Hills Boulevard, East Cleveland, Ohio, approximately $12,988.88 in monies belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did put in jeopardy the lives of bank employees and others by the use of a dangerous weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2.

COUNT 5
(Using or Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

The Grand Jury further charges:

5. On or about February 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON NICKERSON did aid and abet another who did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Armed Bank Robbery, in violation of Title 18, United States Code,

Sections 2113(a) and (d), as charged in Count 4 of this Indictment, and further did brandish said firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.