IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR278 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| AARON NICKERSON, | ) | <u>JOINT MOTION TO CONTINUE</u> |
| | ) | <u>SENTENCING HEARING</u> |
| Defendant. | ) | |

Now comes the United States of America, through its counsel, Justin E. Herdman, United States Attorney, and Scott C. Zarzycki, Assistant United States Attorney, and Darin Thompson, attorney for Aaron Nickerson, hereby respectfully moves this Court to continue the sentencing hearing for defendant Aaron Nickerson presently set for November 6, 2018 at 12:00 p.m. The basis for this request is that both parties agree that additional time is necessary due to outstanding matters that need to be addressed prior to the sentencing hearing. This request is not made for the purposes of delay.

For the reasons articulated above, both parties request that the sentencing hearing for the defendant be continued.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ *Scott C. Zarzycki*
Scott C. Zarzycki (OH: 0072609)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3971
(216) 522-7358 (facsimile)
Scott.Zarzycki@usdoj.gov

/s/ *Darin Thompson*
Darin Thompson (OH: 0067093)
Assistant Federal Public Defender
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216) 522-4856
(216) 522-4321 (fax)
Darin_Thompson@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Scott Zarzycki
Scott Zarzycki
Assistant U.S. Attorney